**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

| | |
|---|---|
| **JAMES DICKERSON,**<br>     **Plaintiff,** | )<br>)<br>) |
| **v.** | )     No. 3:09-CV-164<br>)     **(Phillips)** |
| **CHARLOTTE DEANA DICKERSON,**<br>     **Defendant.** | )<br>)<br>) |

## MEMORANDUM OPINION

There being no timely objection by the parties, *see* 28 U.S.C. § 636(b)(1), and the court being in complete agreement with the magistrate judge, the Report and Recommendation [Doc. 2] filed by the Honorable H. Bruce Guyton, United States Magistrate Judge, on April 22, 2009, is hereby **ACCEPTED IN WHOLE** whereby this matter is **DISMISSED** for failure to state a claim upon which relief can be granted.

**ENTER:**



       s/ Thomas W. Phillips       
United States District Judge