UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JAMES DICKERSON,<br>    Plaintiff, | )<br>)<br>) |
| v. | )   No. 3:09-CV-164<br>)   (Phillips) |
| CHARLOTTE DEANA DICKERSON,<br>    Defendant. | )<br>) |

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on the Report and Recommendation filed by the Honorable H. Bruce Guyton, Magistrate Judge, which recommended that this action be dismissed for failure to state a claim upon which relief can be granted. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the Report and Recommendation,

**IT IS ORDERED AND ADJUDGED** that this action be **DISMISSED WITHOUT PREJUDICE**, to the plaintiff's rights to file claims in state court.

Dated at Knoxville, Tennessee, this _____ day of May, 2009.

                                                s/ Patricia L. McNutt
                                                Clerk of Court